UNITED STATES DISTRICT COURT　　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 14, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Zelia Brown, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-2186 |
| | § | |
| Houston Community College, et al., | § | |
| | § | |
| Defendants. | § | |

## Order on Dismissal

On Zelia Brown's motion, the claims against Cesar Maldonado, Janet May, and Thomas Miles Anderson in their individual capacities are dismissed without prejudice.

Signed on May _13_, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge