UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 14, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Zelia Brown, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-2186 |
| Houston Community College, *et al.*, | § § § | |
| Defendants. | § | |

## Order on Depositions

By June 14, 2021, (a) the defendants must give Zelia Brown the names of four employees familiar with how Houston Community College creates, organizes, and stores its records, and (b) Brown must depose these employees.

Signed on May _13_, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge