IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZELIA BROWN, AND OTHER SIMILARLY SITUATED INDIVIDUALS | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-02186 |
| HOUSTON COMMUNITY COLLEGE SYSTEM, CESAR MALDONADO, JANET MAY, AND THOMAS MILES ANDERSON | § § § § § § | JURY DEMANDED |
| *Defendants*. | § | |

**PLAINTIFFS' NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITIONS OF MELISSA GONZALES, ELIZABETH SEMIEN, SHIRRIAYA WALKER AND CHERYL JOHNSON PRESTIGE**

TO:   Defendant, Houston Community College System, by and through its attorneys of record, Paul A. Lamp, Karczewski Bradshaw Spalding, Nichols Lamp Langlois, 3700 Buffalo Speedway, Suite 560, Houston, Texas 77098, R. Paul Yetter, Yetter Coleman, LLP, 811 Main Street, Suite 410, Houston, Texas 77002, Richard Morris, Rogers, Morris & Grover, LLP, 5718 Westheimer Rd., Suite 1200, Houston, Texas 77057.

Please take notice that pursuant to Rule 30 and other applicable Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel of record, will take the oral and video-recorded depositions of Naomi Tobin, Shupei Wang, Ivory Jones, and Cynthia Lopez, respectively. These depositions will be conducted in the following order **starting at 10:00 a.m. on June 8, 2021 and continuing on June 9, 2021 at 10:00 a.m., and if necessary continuing on June 14, 2021 at 11:00 a.m.,** Naomi Tobin, Shupei Wang, Ivory Jones, and Cynthia Lopez. The depositions will be held in the offices of Karczewski Bradshaw Spalding Nichols Lamp Langlois, 3700 Buffalo Speedway, Suite 560, Houston, Texas 77098. The depositions will be taken by a certified court reporter and will be videotaped. These depositions will continue from day to day until completed.

Dated: June 2, 2021               Respectfully submitted,

                                  THE HALL LAW GROUP, PLLC

                                  */s/ Benjamin L. Hall*
                                  **Benjamin L. Hall, III**
                                  State Bar No. 08743745
                                  S.D. Tex. No. 8787
                                  530 Lovett Blvd.
                                  Houston, Texas 77006
                                  Telephone:  (713) 942-9600
                                  Facsimile:  (713) 942-9566
                                  bhall@bhalllawfirm.com

**OF COUNSEL:**

**THE HALL LAW GROUP, PLLC**

**William L. Van Fleet II**
State Bar No. 20494750
S.D. Tex. Bar No. 3670
bvfleet@comcast.net
530 Lovett Blvd.
Houston, Texas 77006
Telephone:  (713) 942-9600
Facsimile:  (713) 942-9566

-AND-

**THE HITTNER GROUP, PLLC**

**George J. Hittner**
State Bar No. 24038959
S.D. Tex. Bar No. 431901
george.hittner@thehittnergroup.com
P.O. Box 541189
Houston, Texas 77254
Phone: (713) 505-1003

-AND-

**THE VILLACORTA LAW FIRM, P.C.**

**Adrian V. Villacorta**
State Bar No. 24003111
S.D. Tex. Bar No. 31243

530 Lovett Blvd.
Houston, Texas 77006
Telephone: (832) 865-7940
Facsimile: (832) 201-7469
avillacorta@avvlaw.com

-AND-

**JIMMY ARDOIN & ASSOCIATES, PLLC**

**James Ardoin**
State Bar No. 24045420
S.D. Tex. Bar No. 571281
4900 Fournace Place, Suite 550
Houston, Texas 77401
Phone: (713) 574-8900
Toll Free: (888) 701-8509
Email: jimmy@jimmyardoinlaw.com

-AND-

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**

Joseph Y. Ahmad
Texas Bar No. 00941100
S.D. Tex. Bar No. 11604
Jordan Warshauer
Texas Bar No. 24086613
S.D. Tex. Bar No. 2994699
Edward B. Goolsby
Texas Bar No. 24092436
S.D. Tex. Bar No. 2505570
Nathan B. Campbell
Texas Bar No. 24097455
S.D. Tex. Bar No. 2745040
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062
joeahmad@azalaw.com
egoolsby@azalaw.com
jwarshauer@azalaw.com
ncampbell@azalaw.com

-AND-

**BAKER BOTTS L.L.P.**

Thomas R. Phillips
Texas Bar No. 00000022
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4078
Telephone: (512) 322-2500
Facsimile: (512) 322-2501
tom.phillips@bakerbotts.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record were served with the notice of deposition in accordance with the Federal Rules of Civil Procedure on June 2, 2021, as follows:

Paul A. Lamp
Karczewski Bradshaw Spalding
3700 Buffalo Speedway, Suite 560
Houston, Texas 77098
plamp@kbslawgroup.com

R. Paul Yetter
Yetter Coleman, LLP
811 Main Street, Suite 410
Houston, Texas 77002
pyetter@yettercoleman.com

Richard Morris
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Suite 1200
Houston, Texas 77057
rmorris@rmgllp.com

*/s/ Benjamin L. Hall, III*
**Benjamin L. Hall, III**