## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ZELIA BROWN AND OTHER SIMILARLY SITUATED INDIVIDUALS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-02186 |
| HOUSTON COMMUNITY COLLEGE SYSTEM, CESAR MALDONADO, JANET MAY AND ADRIANA TAMEZ, | § § § § § | |
| Defendants. | § | JURY REQUESTED |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Katherine A. Brooker of the firm Baker Botts L.L.P. hereby enters her appearance in this matter as additional counsel for Plaintiff Zelia Brown. Please add the undersigned at the address below to future communications.

The firm The Hall Law Group, PLLC remains as lead counsel.

Dated: June 8, 2021

Respectfully submitted,

*/s/ Katherine A. Brooker*
Thomas R. Phillips
Texas Bar No. 00000022
**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd.
Suite 1500
Austin, Texas 78701-4078
Telephone: (512) 322-2500
Facsimile: (512) 322-2501
tom.phillips@bakerbotts.com

51863715

Katherine A. Brooker
Texas Bar No. 24075772
**BAKER BOTTS L.L.P.**
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Facsimile:  (713) 229-1522
katherine.brooker@bakerbotts.com

Benjamin L. Hall, III
Texas Bar No. 08743745
S.D. Texas No. 8787
William L. Van Fleet, II
Texas Bar No. 20494750
S.D. Texas No. 3670
**THE HALL LAW GROUP, PLLC**
530 Lovett Blvd.
Houston, Texas  77006
Telephone:  (713) 942-9600
Facsimile:  (713) 942-9566
bhall@bhalllawfirm.com
bvfleet@comcast.net

Joseph Y. Ahmad
Texas Bar No. 00941100
S.D. Texas No. 11604
Jordan Warshauer
Texas Bar No. 24086613
S.D. Texas No. 2994699
Edward B. Goolsby
Texas Bar No. 24092436
S.D. Texas No. 2505570
Nathan B. Campbell
Texas Bar No. 24097455
S.D. Texas No. 2745040
**AHMAD, ZAVITSANOS, ANAIPAKES, ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 2500
Houston, Texas  77010
Telephone:  (713) 655-1101
Facsimile:   (713) 655-0062
joeahmad@azalaw.com
jwarshauer@azalaw.com
egoolsby@azalaw.com
ncampbell@zazlaw.com

518637152

George J. Hittner
Texas Bar No. 24038959
S.D. Texas No. 431901
**THE HITTNER GROUP, PLLC**
P. O. Box 541189
Houston, Texas  77254
Telephone:  (713) 505-1003
george.hittner@thehittnergroup.com

Adrian V. Villacorta
Texas Bar No. 24003111
S.D. Texas No. 31243
**THE VILLACORTA LAW FIRM, P.C.**
530 Lovett Blvd.
Houston, Texas 77057
Telephone: (832) 991-8864
Facsimile: (832) 201-7469
avillacorta@avvlaw.com

James Ardoin
State Bar No. 24045420
S.D. Texas No. 571281
**JIMMY ARDOIN & ASSOCIATES, PLLC**
4900 Fournace Place, Suite 550
Houston, Texas  77401
Telephone:  (713) 574-8900
Toll Free:  (888) 701-8509
jimmy@jimmyardoinlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2020, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ *Katherine A. Brooker*
Katherine A. Brooker

518637153