IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZELIA BROWN AND OTHER SIMILARLY SITUATED INDIVIDUALS, § § § § *Plaintiffs*, § § v. § § HOUSTON COMMUNITY COLLEGE SYSTEM, § § § § *Defendant*. § | CIVIL ACTION NO. 4:20-cv-02186 |

## PLAINTIFF'S REPORT ON DISCOVERY

Plaintiff Zelia Brown submits this report on discovery pursuant to the court's Discovery Order entered June 3, 2022.

**A.     Report on Discovery.**

Pursuant to the court's Discovery Order entered June 3, 2022 (Dkt. 148), the following depositions were completed as follows:

- HCC took Pandora Jubilee's deposition on June 24, 2022.

- HCC took Dr. Terry Kidd's deposition on June 27, 2022.

- HCC took Plaintiff Zelia Brown's deposition on June 30, 2022.

- Plaintiff took Miguel San Juan's deposition on July 26, 2022.

- Plaintiff took Thomas Anderson's deposition on July 27, 2022.

- Plaintiff took Tara Bond's deposition on July 28, 2022.

- Plaintiff took Dr. Maya Durnovo's deposition on August 8, 2022.

1

- Plaintiff took Dr. David Cross' deposition on August 8, 2022.

**B.      Plaintiff's Position on Additional Discovery.**

Plaintiff maintains that additional depositions and discovery are required in this matter and respectfully requests a status conference with the Court to discuss the legal framework upon which this case is to proceed. Plaintiff requests additional discovery including, but not limited to, the depositions of Chancellor Cesar Maldonado; an HCC Corporate Representative(s); and Qumar Zuberi in the grants accounting department. As alleged in Plaintiff's complaint, Chancellor Maldonado was one of the ultimate policy makers at the College and would have direct knowledge of (1) whether Defendants created a deliberate general policy for targeting, demoting and discharging Black employees; (2) whether Defendants engaged in a general policy, pattern and practice of replacing Black employees with less qualified Hispanic or White employees; (3) whether these actions were the result of a de facto policy of racial discrimination; and (4) whether Defendants are liable for damages for discriminatory conduct based on race in violation of Section 1981. The Plaintiff also requests the deposition of an HCC Corporate Representative(s) to provide testimony on: 1) policies and practices relating to grant awards, compliance and non-compliance issues; 2) the contents of any and all investigations, grievances, criticism, reprimands and/or disciplinary actions taken against Zelia Brown; 3) decision-making process and reasons for placing Zelia Brown on leave of absence and the person(s) who made those decisions; 4) what actions have been implemented or taken against any other employees relating  to the complaints raised by Zelia Brown and/or changes to grant compliance because of or since the criticisms raised by Plaintiff; 5) the identity of all HCC

administrators who would have had to approve the non-complying handling of grants at HCC while Zelia Brown was employed; and 6) the reasons why disciplinary actions were taken against Zelia Brown. Additionally, the deposition of Maya Durnovo revealed that Mr. Zuberi may possess additional information regarding HCC's misuse of federal grant funds as alleged by Plaintiff.

Plaintiff respectfully requests a status conference with the Court to discuss the additional depositions and discovery required in this matter.

                Respectfully submitted,

                THE HALL LAW GROUP, PLLC

                /s/ *Benjamin L. Hall, III*
                Benjamin L. Hall, III
                State Bar No. 08743745
                Federal Bar No. 8787
                bhall@bhalllawfirm.com
                William L. Van Fleet, II
                State Bar No. 20494750
                Federal Bar No. 3670
                bvfleet@comcast.net
                THE HALL LAW FIRM
                530 Lovett Blvd.
                Houston, Texas 77006
                Telephone: (713) 942-9600
                Facsimile: (713) 942-92566

                AND

                THE HITTNER GROUP, PLLC

                /s/ *George J. Hittner*
                State Bar No. 24038959
                Federal Bar No. 431901
                george.hittner@thehittnergroup.com

P.O. Box 541189
Houston, Texas 77254
Telephone: (713) 505-1003

AND

THE VILLACORTA LAW FIRM, PC

/s/ *Adrian V. Villacorta*
State Bar No. 24003111
Federal Bar No. 31243
avillacorta@avvlaw.com
530 Lovett Blvd.
Houston, Texas 77006

AND

JIMMY ARDOIN & ASSOCIATES, PLLC

/s/ *James Ardoin*
State Bar No. 24045420
Federal Bar No. 571281
4900 Fournace Place, Suite 550
Houston, Texas 77401
Telephone: (731) 574-8900
Toll Free: (888) 701-8509
jimmy@jimmyardoinlaw.com


AND


BAKER BOTTS, LLP

/s/ *Thomas R. Phillips*
Thomas R. Phillips
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2500
Facsimile: (512) 322-2501
tom.phillips@bakerbotts.com

AND

AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, PC

/s/ *Joseph Y. Ahmad*
Joseph Y. Ahmad
State Bar No. 00941100
Federal Bar No. 11604
Jordan Warshauer
State Bar No. 24086613
Federal Bar No. 2994699
Edward B. Goolsby
State Bar No. 24092436
Federal Bar No. 2505570
Nathan B. Campbell
State Bar No. 24097455
Federal Bar No. 2745040
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
joeahmad@azalaw.com
egoolsby@azalaw.com
jwarshauer@azalaw.com
ncampbell@azalaw.com

**ATTORNEYS FOR PLAINTIFF**