United States District Court
Southern District of Texas
**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Zelia Brown, § § § Plaintiff, § § versus § § Houston Community College, et al., § § Defendants. § | Civil Action H-20-2186 |

## Case Management Order

1. Because the defendants oppose mediation at this time, mediation is not appropriate, and plaintiff's motion to compel mediation is denied. (155)

2. By March 31, 2023, the parties may move dispositively.

3. By April 14, 2023, the parties must jointly report on the status of the case.

4. No hearing is necessary at this time. (159)

Signed on February \_\_1\_\_, 2023, at Houston, Texas.

Lynn N. Hughes
United States District Judge