IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZELIA BROWN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20-cv-02186 |
| § | |
| HOUSTON COMMUNITY COLLEGE § | |
| SYSTEM, § | |
| § | |
| *Defendant*. § | |

## DEFENDANT'S CERTIFICATE OF WORD COUNT
## FOR DEFENDANT'S REPLY BRIEF [DKT. 165]

Defendant Houston Community College ("HCC" or "the College") files its Certificate of Word Count pursuant to the Court's Procedures No. 16(c), with respect to Defendant's Reply Brief [Dkt. 165]. The undersigned hereby certifies that Defendant's Reply Brief [Dkt. 165] complies with the word limitations as the Reply Brief contains 1998 words, excluding the parts of the brief exempted under the Court's Procedures.

Respectfully submitted,

SPALDING NICHOLS LAMP LANGLOIS

*/s/* Paul A. Lamp
Paul A. Lamp
State Bar No. 24002443
Federal I.D. 21711
plamp@snll-law.com
Melissa M. Goins
State Bar No. 24074671
Federal I.D. 2089537
mgoins@snll-law.com
3700 Buffalo Speedway, Suite 560
Houston, Texas 77098
Telephone: 713-993-7060
Facsimile: 888-726-8374

ATTORNEYS FOR DEFENDANT HCC

**CERTIFICATE OF SERVICE**

    I certify that on this the March 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Benjamin L. Hall, III
William L. Van Fleet, II
The Hall Law Group, PLLC
530 Lovett Blvd.
Houston, Texas 77006
*(via* CM/ECF)

George J. Hittner
The Hittner Group, PLLC
P.O. Box 541189
Houston, Texas 77254
*(via* CM/ECF)

Thomas R. Phillips
Travis L. Gray
Katherine A. Brooker
Baker Botts, LLP
98 San Jacinto Blvd.
Austin, Texas 78701
*(via* CM/ECF)

Joseph Y. Ahmad
Jordan Warshauer
Edward B. Goolsby
Nathan B. Campbell
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(*via* CM/ECF)

Adrian V. Villacorta
The Villacorta Law Firm, PC
530 Lovett Blvd.
Houston, Texas 77057
*(via* CM/ECF)

James Ardoin
Jimmy Ardoin & Associates, PLLC
4900 Fournace Place, Suite 550
Houston, Texas 77401
*(via* CM/ECF)

                                              /s/ Paul A. Lamp – Attorney for Defendant