

# THE HALL LAW GROUP, PLLC

530 Lovett Boulevard • Houston, Texas 77006
Telephone: (713) 942-9600 • Facsimile: (713) 942-9566

Benjamin L. Hall, III, Ph.D., J.D.
    Board Certified Personal Injury Trial Law
    Board Certified Civil Trial Law
    Texas Board of Legal Specialization

November 10, 2023

**VIA ECF**
Honorable Judge Drew B. Tipton
C/o Kellie Papaioannou, Case Manager
United States District Court
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

RE:    4:20-cv-02186; *Zelia Brown et al. v. Houston Community College, et al.*; in the United States District Court for the Southern District of Texas, Houston Division

To the Honorable U. S. District Court Judge Tipton:

    Plaintiff Zelia Brown and her counsel have no recommended adjustments to the Court's October 18, 2023, scheduling order (Dkt. 172) in this case.

                              Respectfully,

                              */s/ Benjamin L. Hall, III*
                              **Benjamin L. Hall, III, Ph.D., J.D.**

BH/kb

