United States District Court
Southern District of Texas
**ENTERED**
December 07, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ZELIA BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:20-CV-02186 |
| | § | |
| HOUSTON COMMUNITY COLLEGE and ADRIANA TAMEZ, | § § § | |
| | § | |
| Defendants. | § | |

## MEDIATION ORDER

This case is referred to Judge Nancy Johnson (Ret.) at JAMS for mediation. Each party must be represented by a principal, partner, officer, or official with authority to settle. The costs of the mediation shall be borne equally by the parties. The mediation shall be completed by March 1, 2023. A joint statement describing the outcome of the mediation is due by March 6, 2023. Defendant's pending Motion for Summary Judgment (Dkt. No. 161), is **DENIED WITHOUT PREJUDICE**.

Judge Johnson can be contacted at JAMS, 609 Main Street, Houston, TX 77002, (713) 651-1400, or through her case manager, Julie Ford at (713) 470-6769.

It is SO ORDERED.

Signed on December 7, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**