# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Zelia Brown

v.                                              Case Number: 4:20−cv−02186

Houston Community College, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
Courtroom 8C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/12/2025

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   November 4, 2025                                    Nathan Ochsner, Clerk